STATE OF NEW JERSEY v. JOSE HERNANDEZ.

September 11, 1987.

Petition for certification denied.

HELEN EDWARDS AND ROBERT EDWARDS v. E.C. PEER & SONS GENERAL STORE, INC.

September 11, 1987.

Petition for certification denied.

IRENE GOTSCH v. CHARLES WILLIAM GOTSCH.

September 11, 1987.

Petition for certification denied.

ROBERT M. BOYAR v. THE COLONIAL LIFE INSURANCE COMPANY OF AMERICA.

September 11, 1987.

Petition for certification denied.